# David B. Markowitz
Shareholder

## Biography

In addition to his active trial schedule, Dave shares his craft with lawyers of all levels. He is a frequent lecturer on litigation-related topics for the Oregon State Bar, the Federal Bar Association and the Multnomah Bar Association. He regularly presents a nationally-recognized training seminar on depositions.

Dave is recognized in *The Best Lawyers in America* for "Bet-the-Company Litigation," is a fellow of the American College of Trial Lawyers, is a member of the American Board of Trial Advocates, and was listed as one of the Top Ten Oregon Litigators by the *National Law Journal*. He was recognized by *Chambers USA* as one of the two top commercial litigators in Oregon, and he is included in Lawdragon's *500 Leading Litigators in America* and *500 Leading Plaintiffs' Lawyers in America*.

In a statewide survey identifying the top five percent of attorneys, Dave earned more points than any other attorney in Oregon, as seen in the November 2007 issue of *Oregon Super Lawyers*. *Oregon Business* magazine, in their 2007 Power Book, recognized Dave for "Delivering Results," naming him one of 50 Great Leaders in Oregon.

Dave frequently acts as a mediator and arbitrator to resolve commercial disputes, and he served as a pro-tem judge in Multnomah County for several years. He also is an expert on attorney fees, providing courtroom testimony in legal fee award disputes.

Dave graduated from California State Polytechnic University in 1971, and from the University of the Pacific McGeorge School of Law in 1974, where he was legislation editor of the *Pacific Law Journal*. He was admitted to the Oregon State Bar in 1974 and for eight years thereafter practiced general civil litigation with an established Portland firm. In January, 1983, he and Barrie J. Herbold formed Markowitz & Herbold, the predecessor of Markowitz, Herbold, Glade & Mehlhaf.

## Professional Experience and Affiliations

- Fellow, American College of Trial Lawyers
- Member, American Board of Trial Advocates
- President, Owen M. Panner American Inn of Court, 1991-2; Master of the Inn
- Member, Multnomah County Bar Association Board of Directors, 1990-4

## Education

University of the Pacific McGeorge School of Law — J.D., with great distinction, 1974
California State Polytechnic University — B.S., 1971

Exhibit 1 – Page 1

# Related Articles

11/1/2006 Vexing Questions: Deposing Percipient "Experts" in Oregon
12/1/2005 Are Federal Courts Enforcing the Deposition Rules?
9/1/2004 Depositions of Opposing Counsel
6/1/2003 Sanctions for Deposition Misconduct Under FRCP 30(d)
10/1/2002 Ask the Deponent to Guess
7/1/2001 Taking Video Depositions: Legal Issues
8/1/2000 Federal Deposition Practice: New Time Limits
7/1/1999 Dual-session Depositions
1/1/1999 Reading, Correcting, and Signing Deposition Transcripts
1/1/1999 Defending Depositions
1/1/1999 Reopening Depositions
1/1/1999 Appropriate Conduct in Protecting a Client During Deposition
1/1/1999 Depositions: Who Goes First?
1/1/1999 Depositions of Out-of-state Parties

# Related News

11/21/2007 *Oregon Super Lawyers* Names David Markowitz Top Attorney in Oregon
10/1/2007 Markowitz Wine Tasting & Auction Raises $80,000 for St. Andrew Legal Clinic
9/4/2007 Four Markowitz, Herbold, Glade & Mehlhaf Attorneys Honored in *The Best Lawyers in America*
6/15/2007 Markowitz, Herbold, Glade & Mehlhaf Ranked First for Litigation in Oregon
1/31/2007 Markowitz Recognized as One of the Nation's Top Plaintiffs' Lawyers
12/11/2006 Oregon State Bar Honors Markowitz, Herbold, Glade & Mehlhaf Attorneys for Volunteer Service, Leadership
12/1/2006 *Oregon Business* Magazine Names David Markowitz One of 50 Great Leaders
11/20/2006 Five Markowitz, Herbold, Glade & Mehlhaf Attorneys Named *Super Lawyers*
11/1/2006 Markowitz, Herbold, Glade & Mehlhaf and Friends Raise $45,000 for St. Andrew Legal Clinic
10/4/2006 Four Markowitz, Herbold, Glade & Mehlhaf Attorneys Named *The Best Lawyers in America*
8/1/2006 David Markowitz Quoted in the *Portland Business Journal*
6/13/2006 Clients and Peers Rank Markowitz, Herbold, Glade & Mehlhaf First in Oregon for Commercial Litigation
4/21/2006 David Markowitz Honored with Mentor Award at *Commerce Magazine* Rainmakers Event
3/16/2006 David Markowitz Selected as a Finalist for Rainmaker Awards
9/1/2005 *The Best Lawyers in America*® Includes Three from Markowitz, Herbold, Glade & Mehlhaf
5/1/2005 *Chambers USA* Ranks Markowitz, Herbold, Glade & Mehlhaf First in Oregon for Commercial Litigation

Exhibit 1 – Page 2

## Representative Publications

Dave regularly publishes in the Oregon State Bar's *Litigation Journal*.

## Admitted to Practice

Oregon (1974)
U.S. District Court, District of Oregon
U.S. Court of Appeals, Ninth Circuit
U.S. Supreme Court

Exhibit 1 – Page 3

## Summary of Attorney Fee Rate Awards
## USDC Oregon 2006 - 2008

| Judge | Date | Case Type | Rate | Rate | Rate | Year admitted to OSB if known |
|---|---|---|---|---|---|---|
| Donald Ashmanskas | 7/00/2006 | MW Builders, Inc., et al. v. Safeco Insurance Company of America, et al. | | | | |
| Approved by Haggerty | | CV 02-1578-AS | $275.00 | Lory Lybeck | | 1983 |
| | | | | $150.00 | Assoc | |
| | | | | | $95.00 | Paralegals |
| | | | | | | |
| Lee R. West | 7/16/2007 | Copyright Infringement Case in Oklahoma | $175.00 | | | 1984 |
| | | Capitol Records v Debbie Foster | | | | |
| | | CV 04-1569-W | | | | |
| | | (Reduced fees for excessive billing and unsuccessful claims - Recovered $61,576.50) | | | | |
| | | | | | | |
| Ancer Haggerty | 2/6/2006 | Debt Collection Act Violation | $275.00 | Leonard Duboff | | 1977 |
| From Janice Stewart | | Duboff v. Rentcollect Corp | | $175.00 | Abby Michaels | 2001 |
| | | CV 05-407-ST | | | | |
| | | | | | | |
| Michael Mosman | 2/6/2006 | Debt Collection Act Violation | $300.00 | David Axelrod | | 1975 |
| | | Sohail Masood v. Capital Credit & Collection | $235.00 | Todd Grewe | | 1996 |
| | | CV-05-490-MM | | $160.00 | Miller | |
| | | | | $110.00 | Paralegal | |
| | | | | $75.00 | Staff | |
| | | | | | | |
| Anna Brown | 3/6/2006 | Fair Debt Collection Action Violation | $250.00 | William Goode | | 1984 |
| | | Kindra Clark v. Quick Collect | | | | |
| | | 04-CV-1120-BR | | | | |
| | | (No objection to rate awarded lump sum after reducing for various reasons) | | | | |
| | | | | | | |
| Ancer Haggerty | 3/8/2006 | Job (Sex) Discrimination | $250.00 | Danielle Snyder | | 1973 |
| | | Lampert v. Clackamas County | $225.00 | Holly Lloyd | | 1994 |
| | | CV 03-828-HA | | $200.00 | Donald Bourgeois | 1972 |
| | | | | $175.00 | Oldham | |
| | | | | | $90.00 | Paralegal |

## Summary of Attorney Fee Rate Awards
## USDC Oregon 2006 - 2008

| Judge | Date | Case Type | Rate | Rate | Rate | Year admitted to OSB if known |
|---|---|---|---|---|---|---|
| Anna Brown | 3/21/2006 | Fees for improper removal to state court | $253.00 | Charles Siegel | | 1985* |
| | | Fredrickson v. Consolidated Supply | $239.00 | Thomas Powers | | 1998 |
| | | 05-CV-1704-BR | | $169.00 | | 2001* |
| Michael Mosman | 3/28/2006 | ERISA | | | | |
| | | Oregon Laborers-Employers Health & Welfare v. Milne Masonry | $175.00 | Charles Colett | | 1979 |
| | | CV 05-1445-MO (Granted in Full) | | | $60.00 | Paralegal |
| John Jelderks | 3/30/2006 | UTPA | | | | |
| | | Allen v. Delrich Properties, et al. | $190.00 | William Ohle | | 1991 |
| | | 05-462-JE (Rate reasonable, amount excessive) | | | | |
| Garr King | 4/17/2006 | Employment | $250.00 | Steven Wilker | | 1991 |
| | | Lanier v. City of Woodburn, et. al. | | $180.00 | Paul Conable | 1997 |
| | | 04-1865-KI (Awarded full amount no objections to rate) | | | | |
| Anna Brown | 6/9/2006 | Malpractice - Breach of Fiduciary Duty - Racketeering | $276.00 | Alex Proust | | 1991 |
| | | McAleese et al. v. Dean Kalivas (attorney) | $276.00 | Donald Krahmer | | 1988 |
| | | CV-03-865-BR | $276.00 | Mark Stayer | | 1985 |
| | | (Awarded 115,802.62 + costs) | $300.00 | Gary Roberts | | 1974 |
| | | Recovery in case was $4,010,050.50 | $300.00 | Marc Sellers | | 1979 |
| | | | $300.00 | Jan Kitchel | | 1978 |
| | | | | $202.00 | Assoc | 1998-2002 |
| | | | | $166.00 | Assoc | 2000 |
| | | | | $158.00 | Assoc | 2003-2006 |

147860.xls

Exhibit 2
Page 2 of 6

## Summary of Attorney Fee Rate Awards
## USDC Oregon 2006 - 2008

| Judge | Date | Case Type | Rate | Rate | Rate | Year admitted to OSB if known |
|---|---|---|---|---|---|---|
| Anna Brown | 7/7/2006 | FMLA Claim | $275.00 | | Only mentions rates | |
| | | Farrell v. Tri-Met | | $100.00 | | |
| | | CV 04-296-PA | | | | |
| | | (Declined multiplier, 35% reduction for lack of results obtained - doesn't list specific rates - apportionment of fees due to success on certain claims reduced 20%) Awarded $42,163.00 + costs | | | | |
| Garr King | 7/31/2006 | Arbitration | $150.00 | | No attys listed | |
| | | Metalmark Northwest v Stewart, et al | | $150.00 | Reduced from $275 | |
| | | CV 04-468-KI | | | $75.00 | Paralegal |
| Garr King | 8/7/2006 | FOIA (fee stds are different) | $210.00 | Peter Lacy | | |
| | | Oregon Natural Desert Ass'n v Gutierrez, Sec of US Dept Commerce, NOAA Fisheries and Natl Marine Fisheries Serv | $190.00 | Peter Lacy | | |
| | | (Apportionment of fees for unsuccessful claims discussed reduced by 15%) | | | $95.00 | Law clerk |
| Garr King | 9/28/2006 | Section 1983 Civil Rights | $337.00 | Charles Merten | | 1963 |
| | | Turner v State of Oregon | | Requested $400 | | |
| | | CV 04-276-KI | | | | |
| | | (Based on contingent fee estimate of hrs - no time records kept - awarded $101,100) | | | | |
| Dennis Hubel | 11/13/2006 | Title VII pregnancy discrimination claim | $225.00 | Craig Crispin | | 1982 |
| | | Dunn v. CSK Auto, Inc. | $205.00 | Charese Rohny and others | | 1995 |
| | | CV 05-116-HU | | | $90.00 | Paralegal |
| | | | | | $40.00 | Paralegal |

## Summary of Attorney Fee Rate Awards
## USDC Oregon 2006 - 2008

| Judge | Date | Case Type | Rate | Rate | Rate | Year admitted to OSB if known |
|---|---|---|---|---|---|---|
| Anna Brown | 11/22/2006 | For Sanctions re motion to compel | $160.00 | Molly Marcum | | 1983 |
| | | Renteria v. Oyarzun and Good Samaritan | $125.00 | $125.00 | Devon Newman | 2001 |
| | | CV 05-392-BR | | | | |
| | | (Fee reduced for excessive time) | | | | |
| Anna Brown | 12/13/2006 | Insurance contract claim | $325.00 | Scott Kaplan | | 1991 |
| | | Good Shepherd Health Care v Travelers Casualty | | $215.00 | Kristen Sterling | 2003 |
| | | CV 05-1683-BR | | | $160.00 | Paralegal |
| | | (This resolved by settlement so court did not determine amount of fees - initial fees were denied) | Note - rates NOT awarded by court | | $65.00 | Proj Asst |
| Paul Papak | 1/12/2007 | Breach of Contract | No rate listed just says it's "reasonable for area" | | | |
| | | Acradyne Corp, et al. v. Euro-Herramientas | | | | |
| | | CV 04-1526PK | | | | |
| Janice Stewart | 1/30/2007 | Interference with inheritance | $200.00 | Requested | | |
| | | Hutchens v Hutchens-Collens | | | | |
| | | CV-04-281-ST | | | | |
| | | (All fees denied - not allowed - but discusses costs) | | | | |
| Anna Brown | 3/1/2007 | Copyright infringement | $289.00 | William O. Geney | + 2 others | 1983 |
| | | Marilyn Olson v. Tenney & Kaker Book House | | $310.00 | Michael King + others | 1983 |
| | | 05-CV-1296-BR | | | $253.00 | 1997 |
| | | (Reduced by 40% for duplication of effort by attys) | $208.00 | | | 2002 |
| | | | | $174.00 | | 2005 |
| Michael Mosman | 3/9/2007 | Job Discrimination (Employment) | $325.00 | Craig Crispin | | 1985 |
| | | Halseth v. B.C. Towing, Inc. | | $250.00 | Assoc | |
| | | CV 04-1409-MO | | | $95.00 | Paralegal |
| | | (Jury verdict for plaintiff- No objection to petitions - Awarded $115,412 fees) | | | | |

## Summary of Attorney Fee Rate Awards
## USDC Oregon 2006 - 2008

| Judge | Date | Case Type | Rate | Rate | Rate | Year admitted to OSB if known |
|---|---|---|---|---|---|---|
| Paul Papak | 3/15/2007 | Civil Rights | $300.00 | Thomas Spaulding | | 1985 |
| | | Galdamez v. Potter (Postal Service) | $220.00 | Craig Cordon | | 1982 |
| | | CV 00-1768-PK (Reduced fees by 40% did not prevail at 1st trial) | $250.00 | Mitra Shahri | | 2002 |
| Robert E. Jones | 4/2/2007 | Employment | $225.00 | Elizabeth Farrell | | 2001 |
| | | Nielsen v. New Cingular wireless PCS CV 05-320-JO (reduced by 20%) | | | | |
| Janice Stewart | 4/10/2007 | Copyright infringement | $242.07 | Sand | Campbell | 1978 |
| | | Partner Connections LLC v. NCH Partners et al. | | $248.36 | Sand | 1977 |
| | | CV-05-605-ST | | | $153.56 | 2002 |
| | | (Used OSB survey + % for inflation) | | | | |
| Paul Papak | 5/23/2007 | Employment discrimination | $300.00 | Tom Spaulding | | 1985 |
| | | Gladamez v. Potter (Postmaster) | | $220.00 | Craig Cordan | 1982 |
| | | CV 00-1768-PK (Reduced for excessive time) | | | | |
| Michael Mosman | 7/11/2007 | Defamation and false light | No hourly rates listed | | | |
| | | Northon v. Ann Rule CV06-851-MO (Was reduced by 4/5 primarily due to excessive billing) Awarded $40,000 | | | | |
| Garr King from Papak | 7/11/2007 | ERISA | $300.00 | Daniel Ricks | | 1978 & 1977 |
| | from 6/22/07 findings | Rita Strand v. Automotive Machinists Pension Trust | | $240.00 | Melissa Kelleigh | 2002 |
| | | CV 06-1193-PK | | | $80.00 | Paralegal |
| | | (Discussion in findings re use of survey - awarded $45,068.33) | | | | |

## Summary of Attorney Fee Rate Awards
## USDC Oregon 2006 - 2008

| Judge | Date | Case Type | Rate | Rate | Rate | Year admitted to OSB if known |
|---|---|---|---|---|---|---|
| John Jelderks | 10/9/2007 | Contract and Copyright Infringement | $300.00 | Kenneth Davis II | | 1997 |
| | | Dunn & Fenley v. Allen Eye Care Assoc. | | | | |
| | | 02-1750-JE | | | $85.00 | Paralegals |
| | | Awarded $177,681 fees | | | | |
| Dennis Hubel | 10/10/2007 | Patent Infringement | $320.00 | Scott Eads | | 1991 |
| | | Relion v. Hydra Fuel Cell | | | | |
| | | CV 06-607-HU | | | | |
| | | (Awarded a lump sum for partial request and granted one request hourly) Awarded $7,396 | | | | |
| Donald Ashmanskas | 1/9/2008 | Fair Labor Wage Claim | $250.00 | Michael Merchant | varied from $215-$250 | 1988 |
| | | Monte Scott v American United Life Insurance | | $175.00 | Kelly Tilden | 2001 |
| | | CV 05-1215-AS | | | $130.00 | Law clerk |
| | | (Requested $71,233.50 awarded flat fee of $30,000 due to apportionment on claims) | | | | |