# Atlantic Recording v. Andersen CV 05-933-AS
## Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense - review pleadings - interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/27/2005 | Complaint filed USDC | | | | | | | | | | | | | |
| 8/26/2005 | Andersen served | | | | | | | | | | | | | |
| 9/13/2005 | Hodges | | | | | | | | | | | | | 0.20 |
| 9/14/2005 | Lybeck | 5.20 | | | | | | | | | | | | |
| 9/14/2005 | Hodges | | | | | | | | | 2.20 | | | | |
| 9/14/2005 | VandelMortel | | | | | | | | | | | | | 0.20 |
| 9/14/2005 | Hodges | | | | | | | | | | | | | 1.00 |
| 9/14/2005 | Jardine | | 0.60 | | | | | | | | | | | |
| 9/15/2005 | Lybeck | | | | | | | | | 1.60 | | | | |
| 9/16/2005 | Lybeck | | | | | | | | | 2.70 | | | | |
| 9/19/2005 | Hodges | | | | | | | | | 3.50 | | | | |
| 9/19/2005 | Lybeck | | | | | | | | | 4.20 | | | | |
| 9/20/2005 | Hodges | | | | | | | | | 2.50 | | | | |
| 9/20/2005 | Hodges | | | | | | | | | | | | | 0.10 |
| 9/20/2005 | Hodges | | | | | | | | | 1.50 | | | | |
| 9/21/2005 | Hodges | | | | | | | | | 0.30 | | | | |
| 9/21/2005 | Hodges | | | | 0.50 | | | | | | | | | |
| 9/21/2005 | Hodges | | | | | | 3.00 | | | | | | | |
| 9/21/2005 | Hodges | | | | | | 1.00 | | | | | | | |
| 9/21/2005 | Hodges | | | | | | 4.10 | | | | | | | |
| 9/22/2005 | Hodges | | | | | | 1.50 | | | | | | | |
| 9/27/2005 | Hodges | | | | | | 4.50 | | | | | | | |
| 9/29/2005 | Hodges | | | | | | 3.50 | | | | | | | |
| 9/30/2005 | Hodges | | | | | | 1.10 | | | | | | | |
| 9/30/2005 | Felton | | | | | | | | | | | | 1.30 | |
| 9/30/2005 | Jardine | | 0.80 | | | | | | | | | | | |
| 9/30/2005 | Defendant answer filed | | | | | | | | | | | | | |
| 10/3/2005 | Murphy | | | | | | 2.60 | | | | | | | |
| 10/3/2005 | Jardine | | 0.40 | | | | | | | | | | | |
| 10/3/2005 | Hodges | 3.10 | | | | | | | | | | | | |
| 10/4/2005 | Jardine | | 0.30 | | | | | | | | | | | |
| 10/5/2005 | Jardine | | 0.10 | | | | | | | | | | | |

Atlantic Recording v. Andersen CV 05-933-AS
Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/2005 | Jardine | | 0.50 | | | | | | | | | | | |
| 10/6/2005 | Hodges | | | | | | | | | 0.50 | | | | |
| 10/7/2005 | Armstrong | | | | 0.10 | | | | | | | | | |
| 10/10/2005 | Hodges | | | | | | | | | 1.00 | | | | |
| 10/11/2005 | Hodges | | | | 1.00 | | | | | | | | | |
| 10/14/2005 | Jardine | | 0.30 | | | | | | | | | | | |
| 10/19/2005 | Hodges | | | | | | | | | | | | 3.00 | |
| 10/19/2005 | Hodges | | | | | | | | | 4.90 | | | | |
| 10/24/2005 | Hodges | | 0.90 Pro Hac Vice | | | | | | | | | | | |
| 10/24/2005 | Lybeck | | 1.10 Pro Hac Vice | | | | | | | | | | | |
| 10/26/2005 | Hodges | | | | | | | | | | | | 2.00 | |
| 10/28/2005 | Lybeck | | | | | | | | | 0.40 | | | | |
| 10/28/2005 | Hodges | | | | | | | | | | | | 1.30 | |
| 10/31/2005 | Lybeck | | 0.80 | | | | | | | | | | | |
| 10/31/2005 | Hodges | | | | | | | | | | | | 0.80 | |
| 11/16/2005 | Hodges | | 0.10 | | | | | | | | | | | |
| 11/18/2005 | Hodges | Plaintiff's motion to dismiss counterclaims of defendant filed | | | | | | | | | | | | |
| 11/23/2005 | Hodges | 1.50 | | | | | | | | | | | | |
| 11/23/2005 | Hodges | | | | | | 2.00 | | | | | | | |
| 11/30/2005 | Hodges | | | | | | 5.00 | | | | | | | |
| 12/28/2005 | Hodges | | | | | | 8.00 | | | | | | | |
| 12/28/2005 | Hodges | | | | | | 4.00 | | | | | | | |
| 12/30/2005 | Curtis | | 0.30 | | | | | | | | | | | |
| 1/4/2006 | Armstrong | | | | | | | | | | | | 0.30 | |
| 1/9/2006 | Hodges | | | | | | 3.00 | | | | | | | |
| 1/13/2006 | Hodges | | | | | | 2.00 | | | | | | | |
| 1/16/2006 | Hodges | | | | | | 2.00 | | | | | | | |
| 1/17/2006 | Hodges | | | | | | 1.50 | | | | | | | |
| 1/18/2006 | Hodges | 8.00 | | | | | | | | | | | | |
| 1/19/2006 | Hodges | 8.00 | | | | | | | | | | | | |
| 1/20/2006 | Hodges | 6.00 | | | | | | | | | | | | |
| 1/20/2006 | Hodges | | | | | | 2.00 | | | | | | | |
| 1/23/2006 | Hodges | | | | | | 7.50 | | | | | | | |

## Atlantic Recording v. Andersen CV 05-933-AS
## Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/2006 | Hodges | 8.50 | | | | | | | | | | | | |
| 1/24/2006 | Hodges | | | | | | | | | | | | | 0.50 |
| 1/25/2006 | Armstrong | | | | | | | | | 0.30 | | | | |
| 1/25/2006 | Hodges | | | | | | 2.10 | | | | | | | |
| 1/25/2006 | Hodges | | | | | | 3.00 | | | | | | | |
| 1/26/2005 | Murphy | | | | | | 0.50 | | | | | | | |
| 1/26/2006 | Hodges | | | | | | 1.60 | | | | | | | |
| 1/26/2006 | Hodges | | | | | | 4.00 | | | | | | | |
| 1/27/2006 | Armstrong | | | | | | 0.30 | | | | | | | |
| 1/27/2006 | Hodges | | | | | | 0.50 | | | | | | | |
| 1/27/2006 | Hodges | | | | | | | | | | | | | 0.10 |
| 1/27/2006 | Hodges | | | | | | | | | | | | | |
| 1/30/2006 | Hodges | | | | | | | | | | | | | 0.50 |
| 1/30/2006 | Hodges | 1.50 | | | | | | | | | | | | |
| 2/1/2006 | Hodges | | | | | | 0.50 | | | | | | | |
| 2/3/2006 | Hodges | 2.50 | | | | | | | 0.60 | | | | | |
| 2/17/2006 | Hodges | Telephone hearing granting 60 day motion to stay | | | | | | | | | 0.60 | | | |
| 3/8/2006 | Hodges | Plaintiff's motion to compel filed | | | | | | | | | | | | |
| 3/17/2007 | Lybeck | Status conference to stay pending exam of hard drive by expert - deny ptf mot to compel moot | | | | | | | 0.90 | | | | | |
| 4/19/2006 | Lybeck | | | | | | | | 0.60 | | | | | |
| 4/26/2006 | Lybeck | | | | | | | | | | | | | |
| 5/8/2006 | Armstrong | | | | | | | | | | 0.10 | | | |
| 5/22/2006 | Armstrong | Def memo in opposition to motion to compel filed | | | | | | | | | | | | |
| 6/22/2006 | | Def objections to plaintiff's proposed protective order filed | | | | | | | | | | | | |
| 7/10/2006 | | Order to compel inspection and copying of computer hard drive and protective order signed by Judge Ashmanskas | | | | | | | | | | | | |
| 6/5/2006 | Murphy | | | | | | | | | 0.80 | | | | |
| 11/6/2006 | Murphy | | | | | | | | | 0.80 | | | | |
| 11/6/2006 | Murphy | | | | | | | | 0.70 | | | | | |
| 11/6/2006 | Murphy | | | | | | | | 0.80 | | | | | |
| 11/20/2006 | Murphy | | | | | | | | | | 1.70 | | | |
| 11/27/2006 | Murphy | | | | | | | | | | 2.60 | | | |
| 12/4/2006 | | Plaintiff's motion for sanctions including dismissal of claims filed | | | | | | | | | | | | |

Atlantic Recording v. Andersen CV 05-933-AS
Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/2006 | Murphy | | | | | | | | | | | | | |
| 12/11/2006 | Murphy | | | | | | | | | | | | | |
| 12/11/2006 | Murphy | | | | | | | | | 1.60 | | | | |
| 12/12/2006 Hearing - def motion for sanctions DENIED; def motion to dismiss def claims for copyright DENIED; def amended counterclaim is stricken for failure to comply with Rule 15.1; ptf motion to compel depo of def GRANTED in part; ptf motion to dismiss counterclaims DENIED |
| 12/12/2006 | Lybeck | | | | | 6.00 | | | | 2.70 | | | | |
| 12/12/2006 | Murphy | | | 8.70 | | | | | | | | | | |
| 12/12/2006 | Lybeck | | | | | | | | | 0.80 | | | | |
| 12/11/2006 | Murphy | | | | | | | | | 1.60 | | | | |
| 1/2/2007 | Lybeck | | | | | | | | | | | | | |
| 1/2/2007 | Case | | | | | | | | | 3.60 | | | | |
| 1/2/2007 | Armstrong | | | | | | | | | 0.30 | | | | |
| 1/2/2007 | Armstrong | | | | | | | | | 2.60 | | | | |
| 1/2/2007 | Armstrong | | | | | | | | | 2.40 | | | | |
| 1/2/2007 | Armstrong | | | | | | | | | 1.80 | | | | |
| 1/2/2007 Def motion to file 2nd amended answer which was granted 1/25/07 since no opposition filed |
| 1/3/2007 | Lybeck | 1.50 | | | | | | | | | | | | |
| 1/9/07 | Lybeck | | | | | | | | | 0.90 | | | | |
| 1/12/2007 | Lybeck | | | | | | | | | 1.30 | | | | |
| 1/16/2007 | Curtis | | | | | | | | | 0.20 | | | | |
| 1/16/2007 | Curtis | 0.50 | | | | | | | | | | | | |
| 1/16/2007 | Curtis | 0.40 | | | | | | | | | | | | |
| 1/18/2007 | Curtis | 0.80 | | | | | | | | | | | | |
| 1/22/2007 | Lybeck | | | | | | | | | 1.90 | | | | |
| 1/26/2007 | Curtis | | | | | | | | | 0.30 | | | | |
| 1/29/2007 | Lybeck | | | | | | | | | 0.50 | | | | |
| 1/29/2007 | Curtis | | | | | | | | | 0.70 | | | | |
| 1/31/2007 | Lybeck | | | | | | | | | 3.20 | | | | |
| 2/1/2007 | Lybeck | | | | | | | | | 2.30 | | | | |
| 2/8/2007 | Justus | | | | | | | | | | 2.40 | | | |
| 2/9/2007 | Justus | | | | | | | | | | 5.30 | | | |
| 2/12/2007 | Lybeck | | | | | | | | | | 0.70 | | | |
| 2/14/2007 | Lybeck | | | | | | | | | | 2.70 | | | |
| 2/14/2007 | Curtis | | | | | | | | | | 0.60 | | | |
| 2/15/2007 | Curtis | 0.70 | | | | | | | | | | | | |

**Atlantic Recording v. Andersen CV 05-933-AS**
**Summary of Claimed Attorney Fee Hours by Category**

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/15/2007 | Curtis | | 0.60 | | | | | | | | | | | |
| 2/15/2007 | Curtis | | | | | | | | | | | | | |
| 2/15/2007 | Curtis | | | | | | | | 0.30 | | | | | |
| 2/16/2007 | Def response to 2nd motion to compel filed | | | | | | | | | | | | | |
| 2/16/2007 | Curtis | | 2.50 | | | | | | | | | | | |
| 2/16/2007 | Curtis | | | | | | | | | | 1.10 | | | |
| 2/26/2007 | Lybeck | | | | | | | | | | | | | |
| 3/5/2007 | Justus | | | | | | | | | 0.40 | 2.80 | | | |
| 3/5/2007 | Justus | | | | | | | | | 0.30 | | | | 1.10 |
| 3/6/2007 | Justus | | | | | | | | | | | | | |
| 3/6/2007 | Justus | | | | | | | | 0.80 | | 3.20 | | | |
| 3/6/2007 | Justus | | | | | | | | | | | | | |
| 3/6/2007 | Justus | | | | | | | | | | 0.50 | | | |
| 3/6/2007 | Curtis | | | 1.40 Justus pro hace vice | | | | | | | | | | |
| 3/7/2007 | Curtis | | | 0.40 Justus pro hace vice | | | | | | | | | | |
| 3/7/2007 | Curtis | | | 0.60 Justus pro hace vice | | | | | | | | | | |
| 3/7/2007 | Justus | Def motion to compel complete responses to written discovery requests filed | | | | | | | | | | | | |
| 3/8/2007 | Justus | | | | | | | | 2.70 | | | 1.20 | | |
| 3/12/2007 | Justus | | | | | | | | 0.70 | | | | | |
| 3/12/2007 | Justus | | | | | | | | 2.40 | | | | | |
| 3/13/2007 | Justus | | | | | | | | 0.70 | | | | | |
| 3/13/2007 | Curtis | | 0.40 | | | | | | | | | | | |
| 3/13/2007 | Justus | | | | | | | | 0.40 | | | | | |
| 3/15/2007 | Curtis | | | | | | | | 0.20 | | | | | |
| 3/19/2007 | Lybeck | | | | | | | | 2.10 | | | | | |
| 3/20/2007 | Lybeck | | | 2.70 | | | | | | | | | | |
| 3/22/2007 | Justus | | | | | | | | 0.40 | | | | | |
| 3/23/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 3/23/2007 | Lybeck | | | | | | | | | | | | | |
| 3/23/2007 | Def motion to limit def depos to two filed - Granted 3/27/07 w/condition | | | | | | | | 2.40 | | | | | |
| 3/26/2007 | Justus | | | | | | | | | | 0.50 | | | |
| 3/26/2007 | Lybeck | | | | | | | 1.20 | | | | | | |
| 3/27/2007 | Curtis | | | | | | | | | 0.20 | | | | |

Atlantic Recording v. Andersen CV 05-933-AS
Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/2007 | Curtis | | 0.40 | | | | | | | | | | | |
| 3/27/2007 | Lybeck | | | | | | | | | 1.30 | | | | |
| 3/27/2007 | Def 2nd amended answer with counterclaims filed | | | | | | | | | | | | | |
| 3/28/2007 | Curtis | | 0.10 | | | | | | 1.20 | | | | | |
| 3/28/2007 | Curtis | | | | | | | | | | | | | |
| 3/28/2007 | Lybeck | 5.70 | | | | | | | | | | | | |
| 3/29/2007 | Justus | | | | | | | | | | | | | |
| 3/29/2007 | Lybeck | | | | | 6.00 | | | 7.00 | | | 2.50 | | |
| 3/29/2007 | Curtis | | | | | | | | | | | | | 0.10 |
| 3/29/2007 | Justus | | | | | | | | | | | 2.30 | | |
| 3/29/2007 | Judge Ashmanskas denied def motion to compel complete responses to discovery requests | | | | | | | | | | | | | |
| 4/3/2007 | Lybeck | | | | | | | | | 0.80 | | | | |
| 4/9/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 4/9/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 4/9/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 4/9/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 4/9/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 4/9/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 4/9/2007 | Justus | | | | | | | | | 0.30 | | | | |
| 4/10/2007 | Justus | | | | | | | | | 0.40 | | | | 0.70 |
| 4/11/2007 | Justus | | | | | | | | | | | | | 0.50 |
| 4/12/2007 | Justus | | | | | | 0.10 | | | | | | | |
| 4/12/2007 | Justus | | | | | | 0.20 | | | | | | | |
| 4/16/2007 | Justus | | | | | | | | 0.20 | | | | | 0.40 |
| 4/16/2007 | Justus | | | | | | | | | | | | | 0.30 |
| 4/17/2007 | Curtis | | 0.40 | | | | | | | | | | | |
| 4/17/2007 | Justus | | | | | | 1.60 | | | | | | | |
| 4/17/2007 | Justus | | | | | | 1.20 | | | | | | | |
| 4/18/2007 | Justus | | | | | | 1.70 | | | | | | | |
| 4/18/2007 | Justus | | | | | | 0.60 | | | | | | | |
| 4/19/2007 | Justus | | | | | | 4.70 | | | | | | | |
| 4/19/2007 | Justus | | | | | | 2.30 | | | | | | | |

**Atlantic Recording v. Andersen CV 05-933-AS**
**Summary of Claimed Attorney Fee Hours by Category**

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/20/2007 | Justus | | | | | | 3.70 | | | | | | | |
| 4/20/2007 | Justus | | | | | | 1.40 | | | | | | | |
| 4/20/2007 | Justus | | | | | | 2.30 | | | | | | | |
| 4/22/2007 | Justus | | | | | | 3.20 | | | | | | | |
| 4/22/2007 | Justus | | | | | | 1.20 | | | | | | | |
| 4/23/2007 | Justus | | | | | | 4.80 | | | | | | | |
| 4/23/2007 | Justus | | | | | | 1.70 | | | | | | | |
| 4/23/2007 | Justus | | | | | | 1.30 | | | | | | | |
| 4/23/2007 | Curtis | | 0.50 | | | | | | | | | | | |
| 4/23/2007 | Curtis | | 0.80 | | | | | | | | | | | |
| 5/1/2007 | Justus | | | | | | | | 0.30 | | | | | |
| 5/1/2007 | Justus | | | | | | | | 0.60 | | | | | |
| 5/2/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/2/2007 | Justus | 0.30 | | | | | | | | | | | | |
| 5/7/2007 | Justus | | | | | | | | | 0.30 | | | | |
| 5/7/2007 | Justus | | | | | | | | | | | 2.90 | | |
| 5/8/2007 | Justus | | | | | | | | 0.20 | | | | | |
| 5/8/2007 | Justus | | | | | | | | 0.20 | | | | | |
| 5/8/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/8/2007 | Justus | | | | | | | | 0.20 | | | | | |
| 5/8/2007 | Justus | | | | | | | | | | | 0.80 | | |
| 5/8/2007 | Justus | | | | | | | | | | | 2.60 | | |
| 5/9/2007 | Justus | | | | | | | | 0.20 | | | | | |
| 5/9/2007 | Justus | | | | | | | | | | | 0.60 | | |
| 5/9/2007 | Justus | | | | | | | | | | | 2.80 | | |
| 5/9/2007 | Justus | | | | | | | | | | | 1.50 | 1.30 | |
| 5/9/2007 | Justus | | | | | | | | | | | 1.20 | | |
| 5/10/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/10/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/10/2007 | Justus | | 0.20 | | | | | | | | | | | |
| 5/10/2007 | Justus | | | | | | | | 0.30 | | | | | |
| 5/10/2007 | Justus | | | | | | | | 0.20 | | | | | |

**Atlantic Recording v. Andersen CV 05-933-AS**
**Summary of Claimed Attorney Fee Hours by Category**

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/11/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.30 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.30 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.40 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/14/2007 | Justus | | | | 0.50 | | | | | | | | | |
| 5/14/2007 | Curtis | | 2.40 | | | | | | | | | | | |
| 5/14/2007 | Justus | | | | 0.40 | | | | | | | | | |
| 5/14/2007 | Justus | | | | | | | | | 0.30 | | | | |
| 5/14/2007 | Justus | | | | 0.20 | | | | | | | | | |
| 5/14/2007 | Def motion for summary judgment filed | | | | | | | | | | | | | |
| 5/15/2007 | Justus | | | | | | | | | 0.30 | | | | |
| 5/15/2007 | Lybeck | | | 0.80 | | | | | | | | | | |
| 5/15/2007 | Lybeck | | | 1.80 | 0.30 | | | | | | | | | |
| 5/15/2007 | Justus | | | 1.70 | | | | | | | | | | |
| 5/15/2007 | Justus | | | 0.80 | | | | | | | | | | |
| 5/15/2007 | Justus | | | | | | | | | | | | | |
| 5/15/2007 | Justus | | | | | | | | | 0.30 | 0.10 | | | |
| 5/15/2007 | Justus | | | | | | | | | 0.30 | | | | |
| 5/15/2007 | Justus | | | | | | | | | | 0.20 | | | |
| 5/15/2007 | Justus | | | | | | | | | 0.30 | | | | |

**Atlantic Recording v. Andersen CV 05-933-AS**
**Summary of Claimed Attorney Fee Hours by Category**

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review confs - interoffice court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2007 | Justus | | | | | | | | 0.20 | 0.10 | | | | |
| 5/15/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/15/2007 | Justus | | | 1.40 | | | | | | | | | | |
| 5/15/2007 | Justus | | | 1.80 | | | | | | | | | | |
| 5/15/2007 | Justus | | | | | | | | 0.20 | | | | | |
| 5/15/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/15/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/15/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/15/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/15/2007 | Lybeck | | | 1.70 | | | | | | | | | | |
| 5/16/2007 | Justus | | | | | | | | | | | | | 0.30 |
| 5/16/2007 | Justus | | | | | | | | 0.40 | | | | | 0.20 |
| 5/16/2007 | Justus | | | | | | | | 1.80 | | | | | |
| 5/16/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/16/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/16/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/16/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/17/2007 | Justus | | | | | | | | 0.20 | | | | | |
| 5/17/2007 | Justus | | | | | | | | 0.30 | | | | | |
| 5/21/2007 | Lybeck | | | | | | 2.10 | | | | | | | |
| 5/21/2007 | Justus | | | 0.30 | | | | | | | | | | |
| 5/23/2007 | Justus | | | | | | 0.70 | | | | | | | |
| 5/24/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/24/2007 | Justus | | | | | | | | | | | | | 0.10 |
| 5/25/2007 | Lybeck | | | | | | | | | | | | 2.80 | 0.20 |
| 5/25/2007 | Justus | | | | | | | | | | | | | 0.20 |
| 5/25/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/25/2007 | Justus | | | | | | | | | | | | 1.30 | |
| 5/25/2007 | Justus | | | | | | | | 0.50 | | | | | |

# Atlantic Recording v. Andersen CV 05-933-AS
## Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/29/2007 | Justus | | | | | | | | | | | | 0.20 | |
| 5/30/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 5/30/2007 | Lybeck | | | | | | | | | | | | 1.10 | |
| 5/30/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/30/2007 | Curtis | | 0.90 | | | | | | | | | | | |
| 5/30/2007 | Justus | | | | | | | | | | | | | |
| 5/30/2007 | Justus | | | | | | | | 0.40 | | | | | |
| 5/30/2007 | Justus | | | | | | | | | | | | 0.10 | |
| 5/30/2007 | Justus | | | | | | | | 0.20 | | | | | |
| 5/30/2007 | Justus | | | | | | | | | 0.40 | | | | |
| 5/31/2007 | Justus | | | | | | | | 0.40 | 0.10 | | | | |
| 5/31/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/31/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/31/2007 | Justus | | | | | | | | 0.50 | 0.20 | | | | |
| 5/31/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/31/2007 | Justus | | | | | | 0.80 | | | | | | | |
| 5/31/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/31/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/31/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 5/31/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 5/31/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 6/1/2007 | **Stipulation to dismiss plaintiff's claims with prejudice filed** | | | | | | | | | | | | | |
| 6/1/2007 | Justus | | | | | | | | 0.40 | 0.10 | | | | |
| 6/1/2007 | Justus | 0.30 | | | | | | | | | | | | |
| 6/1/2007 | Justus | 0.30 | | | | | | | | | | | | |
| 6/1/2007 | Justus | 0.30 | | | | | | | | | | | | |
| 6/1/2007 | Justus | | | | | | | | | | | | | |
| 6/1/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 6/1/2007 | Justus | | | | | | | | | | | | | 0.20 |
| 6/1/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 6/1/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 6/1/2007 | Justus | | | | | | | | | 0.10 | | | | |

147517.xls

Exhibit 3
Page 10 of 17

## Atlantic Recording v. Andersen CV 05-933-AS
## Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 6/1/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 6/1/2007 | Justus | | | | | | | | | 0.70 | | | | |
| 6/1/2007 | Justus | | | | | | | 1.30 | | | | | | |
| 6/1/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 6/4/2007 | Curtis | | 0.30 | | | | | | | | | | | |
| 6/4/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 6/4/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 6/4/2007 | Justus | | 0.10 | | | | | 0.40 | | | | | | |
| 6/4/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 6/4/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 6/4/2007 | Justus | | | | | | | 0.50 | | | | | | |
| 6/4/2007 | Justus | | | | | | | | 0.30 | | | | | |
| 6/5/2007 | Justus | | | | | | 0.10 | | | | | | | |
| 6/5/2007 | Justus | | | | | | 0.10 | | | | | | | |
| 6/5/2007 | Case | | | | | | | 3.00 | | | | | | |
| 6/5/2007 | Case | | | | | | | 0.80 | | | | | | |
| 6/5/2007 | Case | | | | | | | 1.90 | | | | | | |
| 6/5/2007 | Case | | | | | | | 3.40 | | | | | | |
| 6/5/2007 | Justus | | | | | 0.20 | | | | | | | | |
| 6/5/2007 | Justus | | | | | | | 1.30 | | | | | | |
| 6/5/2007 | Justus | | | | | | | 1.40 | | 0.10 | | | | |
| 6/6/2007 | Lybeck | 2.60 | | | | | | | | | | | | |
| 6/6/2007 | Justus | 0.40 | | | | | | | | | | | | |
| 6/6/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 6/6/2007 | Justus | | | | | | | | | 0.30 | | | | |
| 6/7/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 6/7/2007 | Justus | | | 0.10 | | | | | | | | | | |
| 6/7/2007 | Justus | | | 0.10 | | | | | | | | | | |
| 6/11/2007 | Justus | | | | | | 1.20 | | 0.30 | | | | | |
| 6/11/2007 | Justus | | | | | | | | | | | | | |

## Atlantic Recording v. Andersen CV 05-933-AS
## Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/11/2007 | Justus | | | | | | | | | | | | | |
| 6/11/2007 | Justus | | | | | | | 0.30 | | | | | | |
| 6/11/2007 | Lybeck | | | | | | | | | 0.30 | | | | |
| 6/11/2007 | Justus | | | | | | 0.80 | | | | | | | |
| 6/12/2007 | Case | | | | | | | | | | | | | |
| 6/19/2007 | Lybeck | | | | | | 3.10 | 1.20 | | 0.10 | | | | |
| 6/19/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 6/19/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 6/19/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 6/22/2007 | Justus | | | | | | | | | 0.20 | | | | |
| 6/29/2007 Judge Ashmanskas granted motion to stay - stayed ptf mot to dismiss counterclaims | | | | | | | | | | | | | | |
| 7/3/2007 | Justus | | | | | | | 0.60 | | | | | | |
| 7/3/2007 | Justus | | | | | | | | | | | | | |
| 7/5/2007 | Justus | | | | | | 0.10 | 2.20 | | | | | | |
| 7/5/2007 | Justus | | | | | | | 3.40 | | | | | | |
| 7/9/2007 | Justus | | | | | | 0.30 | | | | | | | |
| 7/13/2007 | Justus | | | | | | 1.30 | | | | | | | |
| 7/19/2007 Motion to voluntarily dismiss counterclaims filed w/proposed order and motion for attorney fees filed | | | | | | | | | | | | | | |
| 8/6/2007 | Justus | | | | | | | 0.10 | | | | | | |
| 8/6/2007 | Justus | | | | | | | 0.10 | | | | | | |
| 8/6/2007 | Justus | | | | | | 1.20 | | | | | | | |
| 8/6/2007 | Justus | | | | | | 0.20 | | | | | | | |
| 8/10/2007 | Justus | | | | | | 0.80 | | | | | | | |
| 8/10/2007 | Justus | | | | | | | 1.10 | | | | | | |
| 8/10/2007 | Justus | | | | | | 0.50 | | | | | | | |
| 8/10/2007 | Justus | | | | | | 0.20 | | | | | | | |
| 8/10/2007 | Justus | | | | | | | 2.10 | | | | | | |
| 8/10/2007 | Justus | | | | | | | 0.70 | | | | | | |
| 8/10/2007 Ptf response in opposition to def motion for atty fees & response to opposition to dismiss counterclaims filed | | | | | | | | | | | | | | |
| 8/13/2007 | Justus | | | | | | 0.60 | | | | | | | |
| 8/13/2007 | Justus | | | | | | | 1.80 | | | | | | |
| 8/13/2007 | Justus | | | | | | | 2.30 | | | | | | |
| 8/14/2007 | Justus | | | | | | | 0.20 | | | | | | |

## Atlantic Recording v. Andersen CV 05-933-AS
## Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2007 | Justus | | | | | | | 1.80 | | | | | | |
| 8/14/2007 | Justus | | | | | | | 3.70 | | | | | | |
| 8/14/2007 | Justus | | | | | | | 0.40 | | | | | | |
| 8/15/2007 | Justus | | | | | | | 0.30 | | | | | | |
| 8/15/2007 | Justus | | | | | | | 0.40 | | | | | | |
| 8/15/2007 | Justus | | | | | | | 4.70 | | | | | | |
| 8/15/2007 | Justus | | | | | | | 0.80 | | | | | | |
| 8/16/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 8/16/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 8/16/2007 | Justus | | | | | | | 0.40 | | | | | | |
| 8/16/2007 | Justus | | | | | | | 1.20 | 0.10 | | | | | |
| 8/16/2007 | Justus | | | | | | | 4.20 | | | | | | |
| 8/17/2007 | Justus | | | | | | 1.30 | | | | | | | |
| 8/20/2007 | Justus | | | | | | 1.30 | | | | | | | |
| 8/20/2007 | Justus | | | | | | 0.80 | | | | | | | |
| 8/20/2007 | Justus | | | | | | 0.70 | | | | | | | |
| 8/20/2007 | Justus | | | | | | 2.60 | | | | | | | |
| 8/21/2007 | Justus | | | | | | 1.20 | | | | | | | |
| 8/21/2007 | Justus | | | | | | 0.30 | | | | | | | |
| 8/21/2007 | Justus | | | | | | 3.30 | | | | | | | |
| 8/22/2007 | Justus | | | | | | 0.20 | | | | | | | |
| 8/22/2007 | Justus | | | | | | 0.80 | | | | | | | |
| 8/22/2007 | Justus | | | | | | | 1.70 | | | | | | |
| 8/22/2007 | Justus | | | | | | 0.40 | 0.30 | | | | | | |
| 8/23/2007 | Justus | | | | | | | 0.60 | | | | | | |
| 8/23/2007 | Justus | | 1.60 | | | | | | | | | | | |
| 8/23/2007 | Justus | | | | | | | 1.70 | | | | | | |
| 8/23/2007 | Justus | | 0.80 | | | | | | | | | | | |
| 8/23/2007 | Justus | | | | | | 2.70 | | | | | | | |
| 8/23/2007 | Justus | | | | | | | 0.50 | | | | | | |
| 8/23/2007 | Justus | | | | | | 0.20 | | | | | | | |

# Atlantic Recording v. Andersen CV 05-933-AS
## Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Discovery | Time spent on defense - review pleadings - interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/23/2007 | Justus | | | | | | | | 0.30 | | | | | |
| 8/24/2007 | Justus | | | | | | | | 0.30 | | | | | |
| 8/24/2007 | Justus | | | | | | | | 0.50 | | | | | |
| 8/24/2007 | Justus | | | | | | | | 0.60 | | | | | |
| 9/17/2007 | Lybeck | | | | | | | | 0.30 | | | | | |
| 9/18/2007 Judge Ashmanskas granted defendant's voluntary motion to dismiss counterclaims so they could be heard as part of Andersen v. Atlantic | | | | | | | | | | | | | | |
| 9/21/2007 Judge Ashmanskas granted defendant's motion for attorney fees | | | | | | | | | | | | | | |
| 10/1/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 10/1/2007 | Justus | | | | | | | | | 0.10 | | | | |
| 10/3/2007 | Lybeck | | | | | | | | 3.60 | | | | | |
| 10/10/2007 | Justus | | | | | | | | 0.80 | | | | | |
| 10/10/2007 | Justus | | | | | | | | 0.30 | | | | | |
| 10/10/2007 | Lybeck | | | | | | | | 0.60 | | | | | |
| 10/10/2007 | Lybeck | | | | | | | | | 0.10 | | | | |
| 10/11/2007 | Justus | | | | | | | | | 0.40 | | | | |
| 10/15/2007 | Justus | | | | | | | | 2.80 | | | | | |
| 10/15/2007 | Justus | | | | | | | | 0.60 | | | | | |
| 10/15/2007 | Justus | | | | | | | 0.50 | | | | | | |
| 10/16/2007 | Lybeck | | | | | | | | 3.20 | | | | | |
| 10/16/2007 | Justus | | | | | | | | 0.10 | | | | | |
| 10/16/2007 | Justus | | | | | | | | 1.70 | | | | | |
| 10/16/2007 | Justus | | 0.30 | | | | | | | | | | | |
| 10/16/2007 | Justus | | | | | | | | 3.20 | | | | | |
| 10/16/2007 | Justus | | | | | | | | 0.40 | | | | | |
| 10/17/2007 | Justus | | | | | | | | 0.70 | | | | | |
| 10/17/2007 | Justus | | | | | | | | 1.40 | | | | | |
| 10/17/2007 | Justus | | | | | | | | 2.10 | | | | | |
| 10/17/2007 | Justus | | | | | | | | 0.30 | | | | | |
| 10/17/2007 | Justus | | | | | | | | 0.80 | | | | | |
| 10/17/2007 | Lybeck | | 1.10 | | | | | | | | | | | |
| 10/18/2007 | Justus | | | | | | | | 0.70 | | | | | |
| 10/18/2007 | Justus | | | | | | | | 4.20 | | | | | |
| 10/18/2007 | Justus | | | | | | | | 0.20 | | | | | |

**Atlantic Recording v. Andersen CV 05-933-AS**
**Summary of Claimed Attorney Fee Hours by Category**

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2007 | Justus | | | | | | | 0.10 | | | | | | |
| 10/19/2007 | Justus | | | | | | | 0.50 | | | | | | |
| 10/19/2007 | Justus | | | | | | | 0.10 | | | | | | |
| 10/19/2007 | Justus | | | | | | | 0.10 | | | | | | |
| 10/19/2007 | Justus | | | | | | | 0.40 | | | | | | |
| 10/19/2007 | Justus | | | | 0.20 | | | | | | | | | |
| 10/19/2007 | Justus | | | | | | | | | | | | | 0.10 |
| 10/19/2007 | Justus | | | | | | | | | | | | | 0.10 |
| 10/19/2007 | Justus | | | | | | | 0.30 | | | | | | |
| 10/19/2007 | Justus | | | | | | | 0.20 | | | | | | |
| 10/19/2007 | Justus | | | | | | | 0.10 | | | | | | |
| 10/19/2007 | Justus | | | | | | | 0.10 | | | | | | |
| 10/19/2007 | Justus | | | | | | | 0.10 | | | | | | |
| 10/19/2007 | Justus | | | | | | | 4.90 | | | | | | |
| 10/19/2007 | Justus | | | | | | 2.80 | | | | | | | |
| 10/22/2007 | Lybeck | | | | | | | 0.40 | | | | | | |
| 10/22/2007 | Lybeck | | | | | | | 0.40 | | | | | | |
| 10/22/2007 | Lybeck | | | | | | | 0.60 | | | | | | |
| 10/23/2007 | Justus | | | | | | | 0.20 | | | | | | |
| 10/23/2007 | Justus | | | | | | 3.20 | | | | | | | |
| 10/23/2007 | Lybeck | | 0.40 | | | | | | | | | | | |
| 11/1/2007 | Justus | | 0.10 | | | | | | | | | | | |
| 11/1/2007 | Justus | | | | | | | 2.20 | | | | | | |
| 11/1/2007 | Justus | | | | | | | 0.10 | | | | | | |
| 11/9/2007 | Curtis | | 0.60 | | | | | | | | | | | |
| 11/12/2007 | Curtis | | 1.10 | | | | | | | | | | | |
| 11/13/2007 | Justus | | | | | | | | | | | | | 0.20 |
| 11/13/2007 | Justus | | | | | | 0.40 | | | | | | | |
| 11/19/2007 | Justus | | | | | | | | | | | | | 0.50 |
| 11/19/2007 | Justus | | | | | | | | | | | | | 0.10 |
| 1/2/2008 | Justus | | | | | | | 0.10 | | | | | | |
| 1/3/2008 | Justus | | | | | | | 0.30 | | | | | | |
| 1/3/2008 | Justus | 0.80 | | | | | | | | | | | | |

**Atlantic Recording v. Andersen CV 05-933-AS**
**Summary of Claimed Attorney Fee Hours by Category**

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/3/2008 | Justus | | | | | | | 0.30 | | | | | | |
| 1/3/2008 | Justus | | | | | | | 0.10 | | | | | | |
| 1/3/2008 | Justus | | | | | | | 0.50 | | | | | | |
| 1/7/2008 | Justus | | | | | | | 0.60 | | | | | | |
| 1/7/2008 | Justus | | | | | | | 0.10 | | | | | | |
| 1/8/2008 | Justus | | | | | | | 0.20 | | | | | | |
| 1/8/2008 | Justus | | | | | | | 0.60 | | | | | | |
| 1/8/2008 | Justus | | | | | | | 1.90 | | | | | | |
| 1/8/2008 | Justus | | | | | | | 0.40 | | | | | | |
| 1/9/2008 | Justus | | | | | | | 1.30 | | | | | | |
| 1/9/2008 | Justus | | | | | | | 1.40 | | | | | | |
| 1/9/2008 | Justus | | | | | | | 0.60 | | | | | | |
| 1/11/2008 | Justus | | | | | | | 0.50 | | | | | | |
| 1/11/2008 | Justus | | | | | | | 0.20 | | | | | | |
| 1/11/2008 | Justus | | | | | | | 0.50 | | | | | | |
| 1/11/2008 | Justus | | | | | | | 0.50 | | | | | | |
| 1/11/2008 | Justus | | | | | | | 0.20 | | | | | | |
| 1/11/2008 | Justus | | | | | | | 0.20 | | | | | | |
| 1/11/2008 | Justus | | | | | | | 0.10 | | | | | | |
| 1/14/2008 | Justus | | | | | | | 0.40 | | | | | | |
| 1/14/2008 | Justus | | | | | | | 0.20 | | | | | | |
| 1/14/2008 | Justus | | | | | | | 0.30 | | | | | | |
| 1/14/2008 | Justus | | | | | | | 0.20 | | | | | | |
| 1/14/2008 | Justus | | | | | | 0.40 | | | | | | | |
| 1/14/2008 | Justus | | | | | | | | | | | | | 0.20 |
| 1/15/2008 | Justus | | | | | | | | | 0.20 | | | | |
| Additional time included in declaration | Justus | | | 0.40 | | | | 4.00 | | | | | | |
| Additional time included in declaration | Lybeck | | | | | | | 1.50 | | | | | | |

## Atlantic Recording v. Andersen CV 05-933-AS
## Summary of Claimed Attorney Fee Hours by Category

| Date of time entry | Time-keeper | Vague - not sufficiently detailed to determine if reasonable and related to defense | Admin-istrative | Duplicate | Unrelated to defense (Media) | Travel | Counter-claims | Attorney Fees | Depositions & Other Discovery | Time spent on defense pleadings - review interoffice confs - court hearings | Motion to compel or sanctions | Summary Judgment | Def motion to dismiss ptf mot to voluntarily dismiss defendant | Client commu-nication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| Totals | | 60.30 | 25.50 | 19.60 | 3.40 | 12.00 | 144.20 | 107.60 | 52.40 | 52.50 | 27.40 | 18.40 | 14.30 | 9.30 |
| 546.90 | | 11.03% | 4.66% | 3.58% | 0.62% | 2.19% | 26.37% | 19.67% | 9.58% | 9.60% | 5.01% | 3.36% | 2.61% | 1.70% |
| 100.00% | | | | | | | | | | | | | | |
| Hours Reduced | | | | | | | 120.80 | 265.00 | | | | | | 174.30 |
| Percentage Reduced | | | | | | | 22.09% | 48.45% | | | | | | 31.87% |
| | | | | | | | | Hrs reduced by 48.45% | | | | | | |
| | | | | | | | 426.10 | 281.90 | 55.46 Atty Fee Hours | | | | | Hours with all reductions 229.76 |
| Net Hours | | | | | | | | | 51.55% Remaining % w/counter-claims and other hours subtracted | | | | | |

**Atlantic Recording v. Andersen CV 05-933-AS**
**Summary of Hours at Reduced Rates Deducting Counterclaims and**
**Reducing Value of Attorney Fees Related Time by 48.45%**

| Timekeeper | Initials | Title | Year Admitted | Reduced Hours* | Counter-claim hours | Reduced hours after deducting counter-claims | Time spent on attorney fee petition reduced by 48.45% | Total reduced atty hrs | Proposed rates | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Lory R. Lybeck | LRL | Partner | 1983 | 73.90 | (7.50) | 66.40 | (6.06) | 60.34 | $ 285.00 | $ 17,197.79 |
| James P. Murphy | JPM | Partner | 1988 | 14.50 | (3.10) | 11.40 | | 11.40 | $ 285.00 | $ 3,249.00 |
| Benjamin Justus | BRJ | Associate | 2004 | 220.60 | (65.90) | 154.70 | (41.09) | 113.61 | $ 175.00 | $ 19,881.79 |
| Brian T. Hodges | BTH | Associate | 2001 | 90.40 | (64.20) | 26.20 | | 26.20 | $ 175.00 | $ 4,585.00 |
| Brian C. Armstrong | BCA | Associate | 2001 | 9.90 | (2.40) | 7.50 | | 7.50 | $ 175.00 | $ 1,312.50 |
| Katherine L. Felton | KLF | Associate | 2000 | 1.10 | (1.10) | 0.00 | | 0.00 | $ 175.00 | - |
| Elizabeth Curtis | EJC | Paralegal | | 4.90 | | 4.90 | | 4.90 | $ 100.00 | $ 490.00 |
| Bryan Case | BJC | Paralegal | | 10.60 | | 10.60 | (4.99) | 5.61 | $ 100.00 | $ 560.91 |
| Lynne Jardine | LRJ | Paralegal | | 0.00 | | 0.00 | | 0.00 | $ 100.00 | - |
| Loren J. VandeMortel | LJV | Paralegal | | 0.20 | | 0.20 | | 0.20 | $ 100.00 | $ 20.00 |
| Totals | | | | 426.10 | (144.20) | 281.90 | (52.14) | 229.76 | | $ 30,099.20 |
| | | | 546.90 hours sought | | | | | | | |
| *With Vague, Administrative, Duplicate and Unrelated hours deducted | | | | | | | | | | |