**Lory R. Lybeck**
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA  98040-2334
206-230-4255 /phone
206-230-7791 /fax
Lybeck – lrl@lybeckmurphy.com
**Lybeck – OSB #83276**
Attorney for defendant

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| Atlantic Recording Corporation, a Delaware corporation; Priority Records, LLC, a California limited liability company; Capitol Records, Inc., a Delaware corporation; UMG Recordings, Inc., a Delaware corporation; and BMG Music, a New York general partnership,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Tanya Andersen,<br><br>　　　　　Defendant. | No. CV 05-933 AS<br><br>Motion for Entry of Judgment for Attorney's Fees, Costs, and Interest |

## **MOTION**

　　　　Defendant Tanya Andersen respectfully moves this court for entry of judgment representing the attorney's fees and costs previously awarded by this court, together with statutory interest pursuant to 28 U.S.C. § 1961.  In support of the motion defendant relies on the prior orders of this court.

　　　　On January 16th, 2008 this court granted Ms. Andersen's Motion for Attorney's Fees.  On June 24th, 2008, this court granted in part and denied in part Ms. Andersen's Motion to Fix Amount

of Attorney's Fees, awarding Ms. Andersen attorney's fees in the amount of $103,175, and approving her Bill of Costs in the amount of $4,659.

Ms. Andersen requests that judgment be entered for attorney's fees, costs, and interest against plaintiffs as follows:

| | | |
|---|---|---|
| 1. | Attorney's Fees: | $ 103,175.00 |
| 2. | Costs: | $    4,659.00 |
| 3. | Total Fees and Costs: | **$ 107,834.00** |
| 4. | Post Judgment Interest: | Interest shall accrue on the award of $107,834.00 at the statutory rate of 2.46% per annum from the date of entry of this judgment until paid in full. |

The entry of this judgment should in no way affect the proceedings pending in this court in the matter of <u>Andersen v. Atlantic, et al.</u>, Case No. CV 07-934-BR.

A proposed form of judgment is attached hereto.

Respectfully submitted this 1st day of July, 2008.

        Lybeck Murphy, LLP

        By: __/s/ *Benjamin R. Justus*_____
           Lory R. Lybeck (OSB #83276)
           Benjamin R. Justus, admitted *pro hac vice*
        Attorneys for defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

AFFIDAVIT OF SERVICE

State of Washington  )
                     ) ss.
County of King       )

I hereby certify and declare that on the 1st day of July, 2008, I electronically filed the foregoing Motion for Entry of Judgment for Attorney's Fees, Costs, and Interest with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiffs:**
Kenneth R. Davis, II
davisk@lanepowell.com
William T. Patton
pattonw@lanepowell.com
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
503-778-2100/phone
503-778-2200/fax

Tim Reynolds, *Admitted Pro Hac Vice*
timothy.reynolds@hro.com
James Ruh, *Admitted Pro Hac Vice*
james.ruh@hro.com
Amy Bauer, *Admitted Pro Hac Vice*
amy.bauer@hro.com
HOLME, ROBERTS & OWEN LLP
1700 Lincoln Street, Ste. 4100
Denver, CO 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

All parties are registered as CM/ECF participants for electronic notification.

DATED at Mercer Island, Washington, this 1st day of July, 2008.

By:    */s/ Lory R. Lybeck*
Lory R. Lybeck (OSB #83276)
Attorneys for defendant
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040
(206) 230-4255 /phone
(206) 230-7791 /fax
lrl@lybeckmurphy.com