1  **Lory R. Lybeck**
   Lybeck Murphy, LLP
2  7525 SE 24th Street, Ste. 500
   Mercer Island, WA 98040-2334
3  206-230-4255 /phone
   206-230-7791 /fax
4  Lybeck – lrl@lybeckmurphy.com
   **Lybeck – OSB #83276**
5  Attorney for Defendant

6

7

8

9                     UNITED STATES DISTRICT COURT
                    DISTRICT OF OREGON AT PORTLAND

10 Atlantic Recording Corporation, a )   No. CV 05-933 AS
   Delaware corporation; Priority Records, )
11 LLC, a California limited liability )   NOTICE OF SATISFACTION OF
   company; Capitol Records, Inc., a )   JUDGMENT
12 Delaware corporation; UMG Recordings, )
   Inc., a Delaware corporation; and BMG )
13 Music, a New York general partnership, )
                                        )
14             Plaintiffs, )
                                        )
15     v. )
                                        )
16 Tanya Andersen, )
                                        )
17             Defendant. )

18

19        TO THE CLERK OF THE COURT:

20        PLEASE TAKE NOTICE THAT:

21

22

23        1.    On July 28, 2008 the Court entered Judgment in favor of Tanya Andersen,

24 Judgment Creditor, for her recoverable litigations costs and attorney's fees in the amount of

25 $107,834 and awarded post-judgment interest until the judgment was satisfied.

26

2. The Judgment was entered against ATLANTIC RECORDING CORPORATION; PRIORITY RECORDS LLC; CAPITOL RECORDS, LLC; UMG RECORDINGS, INC.; and BMG MUSIC, Judgment Debtors.

3. Together with the $117.03 of accumulated post-judgment interest, the total amount of the $107,951.03 Judgment has been fully paid and satisfied by the Judgment Creditors.

Dated this 12th day of August, 2008.

Lybeck Murphy, LLP

By: __/s/ Lory R. Lybeck_____
Lory R. Lybeck (OSB #83276)
Benjamin R. Justus, admitted *pro hac vice*
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

AFFIDAVIT OF SERVICE

State of Washington )
                    ) ss.
County of King      )

I hereby certify and declare that on the 11th day of August, 2008, I electronically filed the foregoing NOTICE OF SATISFACTION OF JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Atty/Plaintiffs:
Kenneth R. Davis, II
davisk@lanepowell.com
William T. Patton
pattonw@lanepowell.com
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
503-778-2100/phone
503-778-2200/fax

Tim Reynolds, *Admitted Pro Hac Vice*
timothy.reynolds@hro.com
James Ruh, *Admitted Pro Hac Vice*
james.ruh@hro.com
Amy Bauer, *Admitted Pro Hac Vice*
amy.bauer@hro.com
HOLME, ROBERTS & OWEN LLP
1700 Lincoln Street, Ste. 4100
Denver, CO 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

All parties are registered as CM/ECF participants for electronic notification.

DATED at Mercer Island, Washington, this 11th day of August, 2008.

By: ___/s/ *Lory Lybeck*___
Lory R. Lybeck (OSB #83276)
Attorneys for defendant
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040
(206) 230-4255 /phone
(206) 230-7791 /fax
lrl@lybeckmurphy.com

NOTICE OF SATISFACTION OF JUDGMENT - 3

Lybeck✦Murphy LLP
7525 SE 24th Street. Ste. 500
Mercer Island. WA 98040-2334
206-230-4255  Fax 206-230-7791